IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| KENNETH JORDAN, | ) | C.A. No. 6:04-1938-TLW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **WRITTEN OPINION AND ORDER** |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

In this case, the plaintiff seeks judicial review of the final decision of the Commissioner denying his application for social security disability insurance benefits. Specifically, the plaintiff alleges disability commencing May 13, 1994, primarily due to degenerative joint disease of the lumbar spine, migraine headaches, high blood pressure and carpal tunnel syndrome.

This matter now comes before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge William M. Catoe, to whom this case had previously been assigned. In his Report, Magistrate Judge Catoe recommends that the defendant's decision denying the plaintiff's application for benefits be affirmed. As reasoned by the Magistrate Judge:

> …the ALJ's findings are supported by substantial evidence and [it is] recommend[ed] that the decision of the Commissioner be affirmed.

No objections have been filed to the Report by any party.

This Court is charged with conducting a *de novo* review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. As stated above, no objections have been filed to the Report. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. *See* Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

A *de novo* review of the record indicates that the Report accurately summarizes this case and the applicable law. For the reasons articulated by the Magistrate Judge, it is **ORDERED**, without objection, that the defendant's decision denying the plaintiff's application for social security benefits is **AFFIRMED**.

**IT IS SO ORDERED.**

                                                                s/ Terry L. Wooten
                                                                Terry L. Wooten
                                                                United States District Court Judge


July 12, 2005
Florence, South Carolina